# Jeremy E. Swenson, CSP

11940 Cartwright Avenue, Suite 300
Grandview, MO  64030
(816) 564-9131
jeremy@jeremyswenson.com
www.jeremyswenson.com

---

### CERTIFICATIONS/TRAINING:

- **Certified Snow Professional (CSP)**

  - Satisfied requirements by SIMA (nationally recognized trade organization-Snow & Ice Management Association) to become a Certified Snow Professional. Requirements included proficient knowledge of business, snow & ice science, sub-contractors, and snow & ice operations & techniques of the snow removal industry.
  - Government Facilities: Security Clearanced and trained for onsite snow operations at IRS Regional Headquarters, FBI Headquarters, Department Of Treasury Buildings, and many types of government facilities.
  - Airport: Security Clearanced, Badged, and trained in snow operations at Kansas City MKC Airport.
  - Railroad:  Trained in snow operations at 24/7 railroad facilities.
  - Medical Facilities:  Trained in snow operations at 24/7 hospitals, organ transplant centers, dialysis clinics, and many types of medical facilities.

### EMPLOYMENT HISTORY:

*Snowmen365*, **Founder, 2016 – Present**

- Commercial Lawn & Landscape company providing full service lawn care, irrigation, sprinkler and landscape installation services.

*Swenson Consulting*, **Founder, 2008 – Present**

- Consultant to the industry, working with building owners, property managers, tenants, business owners to assist with questions and issues.
- Expert witness on slip and fall cases – working with plaintiff and defense counsel.
- Provide case/document review, deposition testimony and court testimony.

1


EXHIBIT F

*Snowmen, Inc.*, **Founder, President & CEO, 2005-Present**

- Work with property managers and building owners to develop and write Requests For Proposal (RFP's) for snow and ice removal.
- Work with property managers and building owners to develop Snow Response Plans.
- Directed Snow and Ice Operations in the greater Kansas City metro area.
- Supervise subcontractors.
- Knowledgeable in various methods and techniques in snow and ice management with an emphasis on ice and re-freezing due to the unique weather conditions in the Kansas City area.
- Experienced with electronic and manual record keeping, snow budgets and contracts, scheduling, routing and customer service.
- Developed proprietary snow and ice management software for Snowmen Inc., which allows all aspects of operation to be run digitally.
- Experienced in working with National Service Companies on snow contracts and service.
- Custom designed and built equipment for Snowmen, Inc.'s use in servicing winter storms.

*Mulch Mart*, **Founder, 1995-2005**

- Landscape supply company specializing in landscaping mulch and playground safety surfacing.
- Started snow removal division for company in 2003 and oversaw all aspects of operations from sales, subcontractors, equipment, snow removal contracts and customer service.
- Worked as a snow removal subcontractor removing and hauling snow with skid steers for various companies in the Kansas City area.
- Worked as a snow removal sidewalk subcontractor providing high level sidewalk snow and ice removal services at Menorah Medical Center and many different high profile commercial buildings.
- Snow Removal division grew in three years to one of the top 10 largest snow removal companies in Kansas City.

*Smileys Executive Golf Complex*, **1988-1995**

- Helped build and maintain executive golf course and largest private driving range facility in Kansas City area.
- Responsible for overseeing budget, equipment and materials purchasing.
- Performed all snow removal operations for Golf Course and clubhouse area.

Case 1:17-cv-01307-CMA-MEH Document 69-6 Filed 11/05/18 USDC Colorado Page 3 of 3

**ABOUT JEREMY SWENSON:**

Jeremy Swenson started Snowmen Inc., Snow and Ice Management Services in the basement of his home and grew it into the largest snow and ice management company in the Kansas City area and into one of the largest in the United States, both within seven years of its beginning. Jeremy has managed winter services for over 100,000 acres of parking lot pavement and over 23,000,000 square feet of sidewalk pavement cumulatively throughout his career.

Jeremy has undergone testing to become a Certified Snow Professional (CSP.) This designation is considered the gold standard for individuals who value professionalism and excellence in the snow and ice industry. Jeremy maintains active membership in SIMA, the Snow & Ice Management Association as well as ASCA, the Accredited Snow Contractors Association. Jeremy spends time in the snow off season with continuing education provided by these snow associations to keep current with industry trends and snow removal practices.

Jeremy also maintains membership in the following professional organizations: BOMA, the Building Owners and Managers Association, IFMA, the International Facility Management Association, and IREM, the Institute Of Real Estate Management. Jeremy maintains active involvement in these associations year round, helping to stay current on the snow and ice removal needs of Building Owners and Property Managers.

Jeremy, as an active owner, personally has worked every snow and ice storm in the Kansas City area for the last 16 years and continues to manage one of the largest snow removal operations in the United States today. Jeremy is familiar with the most modern methods of snow and ice removal operations, procedures, equipment, contracts, and types of deicers used in the snow removal industry today. Jeremy has successfully navigated hundreds of slip and fall accidents and snow/ice removal related incidents. After overseeing thousands of commercial accounts over the years, Jeremy has worked through most every issue that is relevant to the snow and ice management industry.

Jeremy is one of the few owners of a large scale snow removal operation that began as a subcontractor shoveling snow and chipping ice with ice scrapers to keep sidewalks clean. Over the years Jeremy has spent hundreds of hours working with ATV's, Plow Trucks, Skid Steers, Salters, and other types of specialized snow equipment. This "hands on" experience has given Jeremy a unique and hard to find understanding of snow removal operations and services. As CEO of Snowmen, Inc., Jeremy continues to work every snow and ice event from a sophisticated command center on a 4.2 acre property custom designed and built by Jeremy for the snow and ice business and which has the largest, privately owned salt storage dome in the Midwest.

*CV Last revised as of:  11/15/2016*